# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER L. HORTON

NO. 2021 KW 0832

**OCTOBER 1, 2021**

---

In Re:   Christopher L. Horton, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2017-174615.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT